Case 2:13-cv-00626-SPC-UAM   Document 40   Filed 12/19/13   Page 1 of 2 PageID 205

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                           Case No: 2:13-cv-626-FtM-38UAM

CREATIVE ENTERTAINMENT, LLC,
DIFEDE & ASSOCIATES 003, LLC,
K5 PARTNERS, LLC, LEE &
ASSOCIATES 014, LLC, WE
THREE, LLC, ROBERT A. LEE, JR. ,
DANIEL KUMMER, MICHAEL
DIFEDE and ANTHONY DIFEDE,

    Defendants.
    _____/

## ORDER

This matter comes before the Court on the Motion to Reschedule (Doc. #39) filed on December 16, 2013.  Counsel for the Plaintiff moves the Court for permission to reschedule the Preliminary Pretrial Conference currently scheduled for January 24, 2014.  As grounds, Counsel indicates that he is unavailable on that date.  Opposing Counsel does not have an objection to the relief requested.   The Court, having considered the motion, finds good cause and will grant the continuance as outlined below.

    Accordingly, it is now

    **ORDERED:**

(1) The Motion to Reschedule (Doc. #39) is **GRANTED**.  The Preliminary Pretrial Conference scheduled for January 24, 2014 is hereby cancelled.  The Clerk is directed to issue a notice of hearing with a new date under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of December, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record