UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                          Case No:  2:13-cv-626-FtM-38CM

CREATIVE ENTERTAINMENT, LLC,
DIFEDE & ASSOCIATES 003, LLC,
K5 PARTNERS, LLC, LEE & ASSOCIATES 014, LLC, WE THREE, LLC, ROBERT A. LEE, JR., DANIEL KUMMER, MICHAEL DIFEDE and ANTHONY DIFEDE,

    Defendants.
_____/

## ORDER[1]

The matter comes before the Court *Sua Sponte* upon Review of the Docket Sheet. Pursuant to the Case Management and Scheduling Order (Doc. #46) filed on February 7, 2014, the Parties were to have completed mediation on or before September 19, 2014. To date, no mediation report has been filed with the Court. Thus, the Parties are directed to file with the Court the mediation report or file a status report informing the Court of the status of mediation in this case.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

The Parties shall inform the Court in writing the status of mediation in this case on or before **October 17, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2